# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:11cr00391-004** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SHANIQWA JACKSON aka SHAY aka MERCEDES,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter was heard on January 9, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of probation.  The defendant was present and represented by Attorney Edward Bryan.

      The original violation report was referred to Magistrate Judge Nancy Vecchiarelli who issued a Report and Recommendation on December 10, 2013 [Doc. 163].  Neither plaintiff nor defendant filed an objection and the Court adopted the Report and Recommendation.

      The Court found that the following terms of probation had been violated:

            1) failure to follow the rules of the community corrections center.

The Court revoked defendant's probation, noted the instant violation to be Grade C, defendant's Criminal History Category to be I and considered the 3553(a) factors prior to imposing sentence.

      Therefore, the defendant is committed to the Bureau of Prisons for a period of 4 months with credit for time served in federal custody on the instant violation.  Upon release from

incarceration defendant shall serve a supervised release term of 1 year with the condition that she complete between 1 and 6 months of the supervised release period at the Oriana House.  The conditions of probation earlier imposed will transfer to the supervised release term set forth in this order.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: January 10, 2014                      *s/    James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE